IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES MANUEL PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-249(MTT-CHW) |
| NATHAN DEAL, *et al.*, | ) |
| Defendant. | ) |

**ORDER**

United States Magistrate Judge Charles Weigle recommends granting Defendant Harrell's and Defendant McClain's joint motion to dismiss (Doc. 28) and Defendant Oster's motion to dismiss (Doc. 35), which seek dismissal of all of the Plaintiff's claims against them in this action. (Doc. 43). The Magistrate Judge recommends granting the motions to dismiss because the Plaintiff failed to exhaust his administrative remedies as to his claims against these Defendants. (*Id.* at 1). The Plaintiff has not filed an objection to the Recommendation, and the time for doing so has expired.[1]

The Court has carefully reviewed the Magistrate Judge's Recommendation and, agreeing with it, **ADOPTS** it as the order of the Court. The Defendants' motions to dismiss are **GRANTED**. Plaintiff's claims against Defendants Harrell, McClain, and Oster are accordingly **DISMISSED** without prejudice.

**SO ORDERED**, this 28th day of September, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] On August 16, 2016, the Court, in response to a motion by the Defendant (Doc. 48) seeking an extension of time to file an objection, granted the Defendant until September 6, 2016 to file his objection (Doc. 49). In response to a second motion for extension (Doc. 50), the Court granted the Defendant until September 19, 2016 to file his objection (Doc. 51). The Court has still not received an objection.